UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Harrisonburg Division

IN RE:        LAURENCE REID HARGRAVE                    Case No. 08-50035

                        Debtor                                           Chapter 7

## MOTION FOR AUTHORITY TO LIQUIDATE CORPORATION

Comes now John G. Leake, Trustee, by counsel, and says:

1. He is the duly appointed trustee of this Chapter 7 case filed on January 15, 2008.

2. This bankruptcy estate owns a Delaware corporation domesticated in Virginia named Multistone International, Inc.

3. At the time of the bankruptcy filing Multistone operated a storefront and Internet retail sales business for gemstones and related products. The storefront operation was located in rented premises in Strasburg, Virginia.

4. On January 26, 2008 the premises burned, destroying substantially all of the tangible assets of the corporation.

5. The Trustee has received insurance benefits related to the destruction of the premises.

6. The Trustee has determined that certain liabilities are owed by Multistone, including payroll taxes for the first quarter of 2008, and asserted accounts payable.

7. Upon information and belief, the amount of debt owed by Multistone is substantially less than the funds available to pay the debt, resulting in a positive net value for the company as to the bankruptcy estate.

8. The Trustee seeks authority to liquidate the company and in connection therewith to pay all of the known liabilities of the company and transfer the remaining funds to the bankruptcy estate of this debtor.

WHEREFORE, John G. Leake, Trustee, respectfully requests the entry of an Order authorizing him to take control of all assets of Multistone International, Inc., to gather and liquidate the assets of the company, to pay the liabilities thereof in accordance with law, to transfer the remaining assets to this bankruptcy estate, and for further appropriate relief.

                JOHN G. LEAKE, TRUSTEE

                  By Counsel

_/S/ Dale A. Davenport_____
Dale A. Davenport, Esquire - VSB #016268
HOOVER PENROD PLC
342 South Main Street
Harrisonburg, VA  22801
Counsel for the Trustee
(540) 433-2444
(540) 433-3916 - FAX

KINDLY TAKE NOTICE that a hearing will be held on any objection on **Wednesday, October 1, 2008 at 10:00 a.m. in the Federal Courtroom, Third Floor, United States Courthouse, 116 North Main Street, Harrisonburg, Virginia**.

## CERTIFICATE

I hereby certify that a copy of the foregoing Motion was mailed by first-class mail, postage prepaid, to Laurence Reid Hargrave, 352 King Street, Strasburg, VA 22657, debtor, to Douglas W. Harold, Jr., Esquire, 109 Southdown Circle, Stephens City, VA 22655, counsel for the debtor, to the Office of the U. S. Trustee, First Campbell Square Building, 210 First Street, Suite 505, Roanoke, VA 24011, and to all parties listed on the mailing matrix maintained by the Clerk, on the _10th_ day of September, 2008.

                              __/S/ Dale A. Davenport_____
                              Dale A. Davenport, Esquire